IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  | CIVIL ACTION NO. |
|---|---|---|
| PARKER | : | 02-1557 |
| PEMBERTON | : | 02-1653 |
| WOLFRAM | : | 02-1689 |
| AMBROSE | : | 02-1969 |
| REAGAN | : | 02-2196 |
| ALEXANDER | : | 02-2280 |
| UPSHAW | : | 02-2328 |
| BRYSON | : | 02-2371 |
| PERRY | : | 02-2484 |
| WOOLFOLK | : | 02-2543 |
| BRAKE | : | 02-3046 |
| SANCHEZ | : | 02-3084 |
| DAUGHTERY | : | 02-3127 |
| ALEXANDER, *et al.* | : | 02-3240 |
| VS. | : | |
| BAYER CORPORATION, *et al.* | : | |

## **O R D E R**

**AND NOW,** this _____ day of May, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[ ]  -  Order staying these proceedings pending disposition of a related action.

[ ]  -  Order staying these proceedings pending determination of arbitration proceedings.

[ ]  -  Interlocutory appeal filed.

[ X ]  -  Other: Case is placed into suspense pending receipt of the C.T.O. from the Judicial Panel on Multi District Litigation.

It is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____
**James T. Giles, Chief Judge**